694 A.2d 190

LISA MYLROIE, ETC., ET AL. v. ALAN E. KELSEY, M.D., ET
AL. AND HUNTERDON MEDICAL CENTER, ET AL.

May 21, 1997.

## ORDER

Leave to appeal is granted and the Order of the Superior Court, Law Division filed January 22, 1997, insofar as it bars expert testimony on behalf of defendants Hunterdon County Medical Center and Doris Szoc, R.N., is summarily reversed, without prejudice to the court's consideration of whether less severe measures should be taken for violation of the case management Orders.